J. H. & S. THEATRES, INC., Appellant, Respondent, v. JOHN A. FAY, as President of the International Alliance of Theatrical Stage Employes, Local No. 4, an Unincorporated Organization of Seven or More Members, Having Its Offices at 554 Atlantic Avenue, Brooklyn, New York City, and Others, Respondents, Appellants.† — Judgment modified so as to provide therein that defendants be restrained from in any manner picketing plaintiff's premises or interfering with its business, and as so modified unanimously affirmed, with costs to plaintiff. Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ. Settle order on notice.

MAX KATZ, Respondent, v. CENTRAL HANOVER BANK AND TRUST COMPANY, Appellant.‡ — Order, as resettled, modified by striking therefrom the provision that the defendant forthwith deliver to the plaintiff the assets, moneys and securities received or held by the said defendant under and pursuant to the agreement mentioned in the complaint and answer, or any substitution for said assets, and by providing that said assets, moneys and securities be delivered to the plaintiff by the defendant on the coming in and confirmation of the report of the referee provided for in said order, upon the payment by the plaintiff to the defendant of the sum of money that may be found due to the defendant from the plaintiff on such accounting for its commissions and expenses. As so modified, the order is affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

MAUJER HOLDING CORPORATION, Respondent, v. VITAGRAPH GARAGE, INC., and Others, Appellants. — Order denying motion to dismiss amended complaint for insufficiency affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

McCONIHE REALTY COMPANY, Appellant, v. HENRY SCHARNBERGER, INC., Respondent. (Appeal No. 2.) — Order denying motion to strike out the second amended answer affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.